| | |
|---|---|
| AURELLIO BONILLA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF ALLENTOWN; CITY OF ALLENTOWN POLICE PENSION FUND ASSOCIATION; ED PAWLOSKI, JUILO GURIDY; RAY O'CONNELL; JOE DAVIS; JEANETTE EICHENWALD; DARYL L. HENDRICKS; CYNTHIA MOTA; PETER SCHWEYER; GARRET STRATHEAM; MARY ELLEN KOVAL; LOUIS COLLINS; IBOLYA BALOG; JAMES GRESS; RYAN KOONS; JEFF GLAZIER; MICHAEL WILLIAMS; and EDUARDO EICHENWALD,<br>　　　　Defendants. | No. 5:14-cv-05212 |

# **O R D E R**

**AND NOW**, this 12th day of September, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

Plaintiff's second motion for reconsideration and to certify the order for interlocutory appeal, ECF No. 104, is **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*_____
　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Court